FILED

Apr 21 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AZIEL AL TOEAINA,<br><br>Defendant. | Case No.: CR 2019–00247-001 HSG (DMR)<br><br>**ORDER FOR APPOINTMENT OF COUNSEL** |

GOOD CAUSE APPEARING, the Court ORDERS that the Assistant Federal Public Defender be appointed as lead counsel for defendant.

IT IS SO ORDERED.

April 21, 2023
Dated

_____
HON. DONNA M. RYU
Chief Magistrate Judge